# UNITED STATES DISTRICT COURT
## District of Minnesota

Domonik Greene, and
Christopher Fech,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 16-cv-2834 RHK/FLN

Granite City Food & Brewery, Ltd.,

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The parties' Stipulation is APPROVED, and this action is DISMISSED WITH PREJUDICE.

Date: 4/20/2017

RICHARD D. SLETTEN, CLERK

s/LP Holden

(By)   LP Holden, Deputy Clerk